Certiorari dismissed, October 3, 2011

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7372**

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

CLEVELAND MCLEAN, JR.,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:90-cr-00105-HCM-TEM-5; 2:08-cv-00588-RGD)

Submitted: April 14, 2011    Decided: April 28, 2011

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cleveland McLean, Jr., Appellant Pro Se. Neil H. MacBride, United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland McLean, Jr., appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion. We previously remanded the case for further consideration of McLean's motion. The district court reconsidered the motion and again denied it. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McLean, Nos. 2:90-cr-00105-HCM-TEM-5; 2:08-cv-00588-RGD (E.D. Va. filed Sept. 13 and entered Sept. 14, 2010). We grant McLean's motion to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED